# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148376

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

DOUGLAS C. JACKSON,
   Defendant-Appellant.

SC: 148376
COA: 315335
Wayne CC: 09-003770-FC

_____/

   On order of the Court, the application for leave to appeal the November 4, 2013 order of the Court of Appeals is considered, and it is DENIED. The defendant was not convicted of any crime in Wayne Circuit Court Docket No. 09–003770–FC. His convictions arise under Docket No. 09–003769–FC, and he was afforded appellate counsel for both of his appeals of right. We are not otherwise persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



          Clerk

p0616